ABSHER v. FURNITURE CO., INC.

No. 122 PC.

Case below: 43 N.C. App. 753.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 February 1980.

ADVERTISING, INC. v. PEACE

No. 186 PC.

Case below: 43 N.C. App. 534.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 February 1980.

APARTMENTS, INC. v. WILLIAMS

No. 129 PC.

Case below: 43 N.C. App. 648.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 6 February 1980.

ATTAWAY v. SNIPES

No. 142 PC.

Case below: 43 N.C. App. 619.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 6 February 1980.

BANK v. CHURCH

No. 127 PC.

Case below: 43 N.C. App. 538.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 6 February 1980.